# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

158027 & (8)(19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

ROOSEVELT PATTERSON PETTIFORD,
            Defendant-Appellant.

SC:  158027
COA:  343181
Wayne CC:  06-000343-FC

_____/

By order of May 28, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the May 7, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal and motions to remand are again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing, to determine whether the defendant's claim of newly discovered evidence entitles him to relief from judgment under MCR 6.508(D). *People v Johnson*, 502 Mich 541 (2018). We decline the prosecutor's request to stay proceedings on remand pending the completion of the Conviction Integrity Unit's investigation, although we do so without prejudice to the prosecutor seeking such relief from the trial court on remand.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk

b0311